UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BAYER,<br><br>           Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>           Defendant. | Case No. 22-cv-07440-AMO<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 46 |

The Court is in receipt of Plaintiff's Motion for a Restraining Order. ECF 46. The Court interprets the Motion as a request for temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b). The Court hereby sets the following briefing schedule:

Defendant shall file its opposition by **12:00 noon on Thursday, December 7, 2023**. Plaintiff may file a reply by **12:00 noon on Tuesday, December 12, 2023**. The Court will determine if a hearing is necessary only after reviewing the papers.

The Clerk **SHALL** serve a copy of this Order on Plaintiff at jeff@jeffbayer.com.

**IT IS SO ORDERED.**

Dated: November 30, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**