UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BAYER,<br><br>            Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Defendant. | Case No. 22-cv-07440-AMO<br><br>**JUDGMENT** |

On March 7, 2024, the Court issued its Order dismissing pro se Plaintiff Jeffrey Bayer's federal claim under 42 U.S.C. § 1983 WITH PREJUDICE and dismissing his state law negligence claim WITHOUT PREJUDICE in light of the Court's decision to decline supplemental jurisdiction pursuant to 28 U.S.C. § 1367(c)(3).  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment consistent with that Order.  The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: March 7, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**